UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **Gilliana R. Mills,** | Civil No. 6:19-248-KKC-HAI |
| Plaintiff, | |
| v. | **ORDER** |
| **Codman & Shurtleff, Inc.,** | |
| Defendant. | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on Plaintiff Gilliana R. Mills request for an extension concerning Defendant's motion for summary judgment [DE 95]. The motion appears to state that the parties are in fruitful settlement negotiations, and that Plaintiff believes they will be able to come to a settlement agreement. Plaintiff's counsel has not yet received the formal settlement offer and has asked the Court for an extension of time to file a response to Defendant's motion for summary judgment so that counsel can continue settlement negotiations.

The Court notes that Plaintiff's counsel specifically asks for "leave to file *additional* responses" to Defendant's motion for summary judgment, [DE 95 at 4 (emphasis added)]. Plaintiff has filed several affidavits "against" or "opposing" Defendant's motion for summary judgment, a document titled "Plaintiff's Disclosure of Evidence," a document regarding *res ipsa loquitur* and summary judgment, as well

as a number of medical records and other documents that have been filed without context or explanation. [DEs 76–94, 96.]

It appears that Plaintiff's counsel may intend these filings (and additional future filings) to collectively constitute Plaintiff's response to Defendant's motion for summary judgment. However, the proper form of a response is that of a single document. That document should "state with particularity the grounds for the [response], the relief sought, and the legal argument necessary to support it." Local Rule 7.1(a). Thus, a party's response to a motion will be a single document containing all relevant facts and arguments the Court should consider. If there is evidence a party wants the Court to consider in support of a motion, response, or reply, that evidence should be attached to the filing as an exhibit. Parties should not file miscellaneous evidence or other documents in the record.

The Court previously granted Plaintiff a 60-day extension giving her up to March 21, 2022 to file a response to Defendant's motion for summary judgment. [DE 74 at 2.] Based upon Plaintiff's representations that settlement negotiations have been productive and that she believes the parties will reach a settlement agreement, the Court will grant Plaintiff an extension of 21 days to file a response to Defendant's motion for summary judgment.

Accordingly the Court hereby **ORDERS** as follows:

(1) To the extent that Plaintiff's motion for an extension (DE 95) asks the Court for a 25-day extension to file her response to Defendant's motion for summary judgment, Plaintiff's motion (DE 95) is **DENIED**.

(2) However, the Court will grant an extension of 21 days for Plaintiff to file a response to Defendant's motion for summary judgment. Plaintiff shall have up to and including **April 4, 2022** to file a response in accordance with this Court's order.

Dated March 14, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY